[No. 50826-1-I. Division One. July 21, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD ELEX
PHILLIPS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 02-1-01980-0, Paris K. Kallas, J., entered July
15, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 50867-9-I. Division One. July 21, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT CALVIN
HENRY, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 01-1-09999-6, Anthony P. Wartnik, J., entered
July 8, 2002. *Affirmed* by unpublished opinion per Becker,
C.J., concurred in by Kennedy and Agid, JJ.

[No. 50891-1-I. Division One. July 21, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID M. CRABBS,
*Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 02-1-00787-7, Larry E. McKeeman, J.,
entered July 11, 2002. *Affirmed* by unpublished per curiam
opinion.

[No. 50902-1-I. Division One. July 21, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JORGE AGUILA-
BELLO, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 01-1-07842-5, Robert H. Alsdorf, J., entered
July 10, 2002. *Affirmed* by unpublished per curiam opinion.